FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 2 3 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **GEORGE TOM SKEET**, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CRIMINAL NO. 21 CR 591 MV <br><br> Count 1: 16 U.S.C. §§ 703 and 707(b)(2): Sale and Offer for Sale of Any Migratory Bird; <br><br> Count 2: 16 U.S.C. § 668(a): Bald and Golden Eagle Protection Act (Class A Misdemeanor). |

## INDICTMENT

The Grand Jury charges:

### Count 1

On or about January 18, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **GEORGE TOM SKEET**, knowingly and without permission, sold and offered to sell feathers protected by the Migratory Bird Treaty Act, specifically, red-tailed hawk *(Buteo jamaicensis)* feathers.

In violation of 16 U.S.C. §§ 703 and 707(b)(2).

### Count 2

On or about February 5, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **GEORGE TOM SKEET**, knowingly and without permission, sold and offered to sell the feathers of birds protected by the Bald and Golden Eagle Protection Act, specifically, golden eagle *(Aquila chrysaetos)* feathers and bald eagle *(Haliaeetus leucocephalus)* feathers.

In violation of 16 U.S.C. § 668(a).

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1, as alleged in this Indictment, the defendant, **GEORGE TOM SKEET**, shall forfeit to the United States, pursuant to 16 U.S.C. §§ 703 and 706, any interest he may have in the following seized property, including the feathers of:

(a)   red-tailed hawk *(Buteo jamaicensis)* feathers.

Upon conviction of Count 2, as alleged in this Indictment, the defendant, **GEORGE TOM SKEET**, shall forfeit to the United States, pursuant to 16 U.S.C. § 668(b) and 28 U.S.C. § 2461, any interest he may have in the following seized property, including the feathers of:

(a)   golden eagle *(Aquila chrysaetos)* feathers, and

(b)   bald eagle *(Haliaeetus leucocephalus)* feathers.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney